# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBERS: |
| Dorsey Leon Hammond, | : | BANKRUPTCY CASE |
| | : | NO. 22-54243-JWC |
| Debtor. | : | |
| ............................................................ | | .................................... |
| DLP Lending Fund, LLC, | : | ADVERSARY CASE |
| | : | NO. 23-5030 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Dorsey Leon Hammond, | : | CHAPTER 7 |
| | : | |
| Defendant. | : | JUDGE CAVENDER |

### ORDER AND NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the court will hold a status conference in the above-styled adversary proceeding to consider the current progress of the case and all issues relevant to the timely resolution of this adversary proceeding, including scheduling the matter for trial.

The status conference will be held on the **30th** day of **November, 2023**, at **11:00 A.M.**, in Courtroom **1203**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your

camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**IT IS SO ORDERED.**

At Atlanta, Georgia, this 26th day of October, 2023.

_____
JEFFERY W. CAVENDER
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF MAILING

Pursuant to Fed. R. Bak. P. 9022, I certify that on the date stated below, I served a copy of the foregoing Notice on each of the persons and entities named below by United States Mail at the respective address show:

**DLP Lending Fund, LLC**
Rogers Law Offices
c/o Beth E. Rogers
9040 Roswell Rd, Suite 205
Atlanta, GA 30350

**Dorsey Leon Hammond**
2251 Verna Dr.
Decatur, GA 30034-2635

**G. Frank Nason, IV**
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

**Lindsay P. S. Kolba**
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

_____
Charles W. Slater
Relief Courtroom Deputy Clerk to Judge Jeffery W. Cavender
October 26, 2023